SAMUEL KAPLAN, Appellant, *v.* WILLIAM WALSH et al., Respondents.

Supreme Court, Appellate Term, Second Department, April 24, 1947.

*Ephraim S. London* for appellant.

*Kalman Ress* for respondents.

MEMORANDUM *Per Curiam.* The answering affidavit presents no triable issue of fact. Under the contract in question, defendants were limited to the retention of plaintiff's deposit in the sum of $500 in case of his default, which amount under the contract must be regarded as liquidated damages. Defendants could not set up a counterclaim for damages in excess of that amount. (*St. Cyr* v. *Sothern*, 140 App. Div. 888.)

MacCrate, Steinbrink and Colden, JJ., concur.

The order should be unanimously reversed on the law, with $10 costs to plaintiff, and motion for summary judgment striking out defendants' counterclaim granted.

Order reversed, etc.